UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RONES SAGESSE,
    Plaintiff,

vs.                                           Case No.:  3:25cv765/LAC/ZCB

OFFICER MOORE, et al.,
    Defendants.
_____/

## ORDER

The magistrate judge issued a Report and Recommendation on November 4, 2025. (Doc. 13). The Court furnished the plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of the timely filed objections.

Having considered the Report and Recommendation, and the objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (Doc. 13) is adopted and incorporated by reference in this order.

2. This case is **DISMISSED without prejudice** under the Court's inherent power to manage its docket and enforce the Local Rules, based on Plaintiff's failure to truthfully disclose his litigation history.

3. The Clerk of Court must enter judgment in accordance with this order and close this case.

**DONE AND ORDERED** this 21st day of November, 2025.

                s/*L.A. Collier*
        **LACEY A. COLLIER**
        **SENIOR UNITED STATES DISTRICT JUDGE**